THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jack McDaniel Clayton, Appellant.
 
 
 

Appeal From Pickens County
  Wyatt T. Saunders, Jr, Circuit Court
 Judge

Unpublished Opinion No. 2007-UP-284
Submitted June 1,2007  Filed June 7, 2007

APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 J. Benjamin Aplin,  S.C. Dept. of Probation Parole & Pardon,
 of Columbia, for Respondent.
 
 
 

PER CURIAM: Clayton appeals
 the revocation of his probation.  Clayton
 maintains the trial court erred in revoking his probation because the State
 failed to present evidence of any violations.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Claytons appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J.,
 KITTREDGE, J., and CURETON, A.J., concur.
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.